# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Sheri L. Post, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 2:11-cv-00047-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael J. Astrue, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 18, 2013, Memorandum of Decision and Order.

February 19, 2013

Frank G. Johns, Clerk
United States District Court