# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Sheri L. Post**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 2:11-cv-00047-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael J. Astrue**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 18, 2013 , Memorandum of Decision and Order.

February 19, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court